IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

KATHIE JEANNE SIMMONS – #129727

No. C 12-80294 WHA

**ORDER OF SUSPENSION**

    Because Kathie Jeanne Simmons has failed to respond to the order to show cause, Ms. Simmons's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE