**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                    No. C 12-80294 WHA

KATHIE JEANNE SIMMONS – #129727

                                                   **ORDER OF SUSPENSION**

_____/

     Because Kathie Jeanne Simmons has failed to respond to the order to show cause, Ms. Simmons's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated:   February 7, 2013.

                           _____
                           WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE